**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 26-CR-14048-MIDDLEBROOKS/MAYNARD**

**UNITED STATES OF AMERICA**

**vs.**

**KATHERINE MARY WAGNER,**

**Defendant.**
_______________________________________/

**Stipulation of Facts**

The United States and Katherine Mary Wagner stipulate and agree to the following as uncontested facts.

1. The following communications were transmitted by wire in interstate commerce. Specifically, each communication crossed state lines and either originated in or terminated in the Southern District of Florida.
    a. The May 3, 2021, application submitted on behalf of Crazy Cowgirl, LLC, requesting a Restaurant Revitalization Fund ("RRF") grant in the amount of $424,062.00;
    b. The electronic transmission of $424,062.00 in RRF grant proceeds to the Crazy Cowgirl, LLC's Marine Bank & Trust business account (ending in 9801); and
    c. The November 7, 2023, Post Award Report submitted on behalf of Crazy Cowgirl, LLC.

2. At all times relevant to this case, the entities listed below were financial institutions within the meaning of federal law. Specifically,

   a. Marine Bank & Trust, JPMorgan Chase Bank NA, and BankUnited were insured banks under the Federal Deposit Insurance Act;

   b. Space Coast Credit Union was a credit union;

   c. Vroom was a business engaged in vehicle sales; and

   d. Supreme Title Solutions, LLC was a person involved in real estate closings and settlements.

3. The monetary transactions listed in Count 2-8 of the Indictment (a) took place in the United States, and (b) involved or caused the transmission of interstate communications.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

*/s/ Sean Lewis*

SEAN M. LEWIS
Assistant United States Attorney
Florida Bar No.: 1055072
101 S. US Hwy 1, Suite 3100
Fort Pierce, Florida 34950
Tel: (772) 466-0899
sean.lewis2@usdoj.gov

TODD FOSTER
JOHNSON POPE BOKOR
RUPPEL & BURNS LLP
Florida Bar No.: 0325198
400 N. Ashley Drive, Suite 3100
Tampa, FL 33602
Tel: (813) 225-2500
tfoster@jpfirm.com
Attorney for Defendant

Katherine Mary Wagner
Defendant